**In The Matter Of:**

DORIS ANNA HAINES                      Case No. 09-42613
                                                     Chapter 7
                                                     Hon. Judge Thomas J. Tucker

        Debtor.
_____/
SHAWN T. SMITH-MOULDEN (P67606)
Attorney for Debtor
Smith-Moulden Law Offices, PLLC
23300 Greenfield Road Suite 119
Oak Park, MI 48237
877.767.8600
_____/

## MOTION TO REINSTATE A DISMISSED CASE

      The Debtor, Doris Anna Haines, by and through his attorney, Shawn T. Smith-Moulden, moves to reinstate the above-referenced dismissed Chapter 7 case no. 09-42613.

      In support of this motion, the Debtor states:

1.      This motion is brought pursuant to L.B.R. 9024-1(c) (E.D.M.) under F.R.Civ.P. 60(b)(6) on the grounds that the default that caused the dismissal has been or can be cured.

2.      The Debtor failed to timely submit and failed to timely request an extension to file the missing documents, which include Schedules A-J; Chapter 7 Means Test; Statement of Financial Affairs; Summary of Schedules and Statistical Summary.

3.      The Debtor contends that the missing documents have been prepared and are ready for immediate filing to cure the default.

WHEREFORE, Debtor respectfully requests the entry of an Order to Reinstate a Dismissed Case pursuant to L.B.R. 9024-1(c) (E.D.M.) under F.R.Civ.P. 60(b)(6).

Respectfully submitted,

/s/ *Shawn T. Smith-Moulden*

_____
Shawn T. Smith-Moulden (P67606)
Attorney for Debtor
Smith-Moulden Law Offices, PLLC
23300 Greenfield Road Suite 119
Oak Park, MI 48237
877.767.8600
shawnt@smithmouldenlaw.com

Dated: March 3, 2009

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

**In The Matter Of:**

DORIS ANNA HAINES            Case No. 09-42613
                                                Chapter 7
                                                Hon. Judge Thomas J. Tucker

       Debtor.
_____/
SHAWN T. SMITH-MOULDEN (P67606)
Attorney for Debtor
Smith-Moulden Law Offices, PLLC
23300 Greenfield Road Suite 119
Oak Park, MI 48237
877.767.8600
_____/

**ORDER TO REINSTATE A DISMISSED CASE**

     Debtor, Doris Anna Haines, by and through his attorney, Shawn T. Smith-Moulden, having filed his Motion to Reinstate a Dismissed Case; no parties filed an objection to the motion pursuant to the Notice of Motion; and the Certificate of No Response has been filed in this motion.

     **IT IS HEREBY ORDERED** that the Debtor's case is reinstated pursuant to L.B.R. 9024-1(c) (E.D.M.) under F.R.Civ.P. 60(b)(6) on the grounds that the default that caused the dismissal has been or can be cured.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**In The Matter Of:**

DORIS ANNA HAINES                                  Case No. 09-42613
                                                   Chapter 7
                                                   Hon. Judge Thomas J. Tucker

      Debtor.
_____/
SHAWN T. SMITH-MOULDEN (P67606)
Attorney for Debtor
Smith-Moulden Law Offices, PLLC
23300 Greenfield Road Suite 119
Oak Park, MI 48237
877.767.8600
_____/

**NOTICE OF MOTION TO REINSTATE A DISMISSED CASE**

    **PLEASE TAKE NOTICE** that Debtor, Doris Anna Haines, by and through his attorney, Shawn T. Smith-Moulden, has filed a Motion to Reinstate a Dismissed Case.

    **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the Court to grant the Debtor's Motion to Reinstate a Dismissed Case, or if you want the court to consider your views, then within fifteen (15) days, you or your attorney must:

    1.    File with the court a written response or an answer, explaining your position at: [1]

**Clerk of the Court**
**United States Bankruptcy Court**
**211 West Fort Street**
**Detroit, MI 48226**

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically. You must also mail a copy to:

| | |
|---|---|
| SHAWN T. SMITH-MOULDEN<br>Attorney for Debtor<br>23300 Greenfield Road<br>Suite 119<br>Oak Park, MI 48237 | GEORGE P. DAKMAK<br>Trustee<br>615 Griswold<br>Suite 600<br>Detroit, MI 48226 |

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Respectfully submitted,

/s/ *Shawn T. Smith-Moulden*
_____
Shawn T. Smith-Moulden (P67606)
Attorney for Debtor
Smith-Moulden Law Offices, PLLC
23300 Greenfield Road Suite 119
Oak Park, MI 48237
877.767.8600
shawnt@smithmouldenlaw.com

Dated: March 3, 2009

---

[1]Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**In The Matter Of:**

DORIS ANNA HAINES            Case No. 09-42613
                                                Chapter 7
                                                Hon. Judge Thomas J. Tucker

      Debtor.
_____/
SHAWN T. SMITH-MOULDEN (P67606)
Attorney for Debtor
Smith-Moulden Law Offices, PLLC
23300 Greenfield Road Suite 119
Oak Park, MI 48237
877.767.8600
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2009, I serviced the following Papers:

      Debtor's Motion to Reinstate a Dismissed Case, proposed Order, Notice of Motion, and Certificate of Service

on the following non-ECF parties at these addresses: N/A

by the following means: N/A

                                           Respectfully submitted,

                                           /s/ *Shawn T. Smith-Moulden*
                                           _____
                                           Shawn T. Smith-Moulden (P67606)
                                           Attorney for Debtor
                                           Smith-Moulden Law Offices, PLLC
                                           23300 Greenfield Road Suite 119
                                           Oak Park, MI 48237
                                           877.767.8600
                                           shawnt@smithmouldenlaw.com

Dated: March 3, 2009